# United States Bankruptcy Court
# Central District Of California

In re:
Patrick Howard Ahearne

CHAPTER NO.: 7

CASE NO.: 2:10−bk−40436−SB

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Statistical Summary of Certain Liabilities

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

　　　　Chapter 7　　1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

　　　　255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: July 23, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Hannah Gae**
**Deputy Clerk**