| United States Bankruptcy Court<br>Central District Of California ||
|---|---|
| In re:<br>Patrick Howard Ahearne | CHAPTER NO.: 7 |
| | CASE NO.: 2:10−bk−40436−SB |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Statistical Summary of Certain Liabilities

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: July 23, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Hannah Gae**
**Deputy Clerk**

ccdn − Revised 12/2009    **1 /**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: hgaeC              Page 1 of 1              Date Rcvd: Jul 27, 2010
Case: 10-40436                Form ID: ccdn            Total Noticed: 1

The following entities were noticed by first class mail on Jul 29, 2010.
db            +Patrick Howard Ahearne,    320 Hermosa Ave. #201,    Hermosa Beach, CA 90254-5038

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                              **Signature:** _Joseph Speetjens_